FORM 26. Docketing Statement                                                Form 26 (p. 1)
                                                                             July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-2032

**Short Case Caption:** Astellas Pharma, Inc. v. Sandoz Inc.

**Filing Party/Entity:** Astellas Pharma, Inc.; Astellas Ireland Co. LTD.; Astellas Pharma Global Development, Inc.

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| District of Delaware | 21-cv-1589 | Patent (ANDA) |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of judgment in favor of Appellees holding the asserted claims of U.S. Patent No. 10,842,780 (claims 5, 20, and 25) invalid for failure to comply with 35 U.S.C. § 101; remand for further proceedings.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Judgment of invalidity in favor of Appellees as to the asserted claims of U.S. Patent No. 10,842,780 (claims 5, 20, and 25) for failure to comply with 35 U.S.C. § 101.

**Briefly describe the judgment/order appealed from:**

Final judgment in favor of Appellees that the asserted claims of U.S. Patent No. 10,842,780 (claims 5, 20, and 25) are invalid for failure to comply with 35 U.S.C. § 101.

**Nature of judgment (select one):**       **Date of judgment:** 6/9/23

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                              Form 26 (p. 2)
                                                                             July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

23-2089 - appeal from same order in consolidated case
23-2063 - appeal from same order in consolidated case

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the district court erred in holding the asserted claims of the '780 patent invalid pursuant to 35 U.S.C. § 101.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes    ☐ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☑ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☐ Yes    ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No

Explain.

Given the positions of the parties, a mediation is unlikely to be worthwhile.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 6/30/23            Signature:  /s/ Paul W. Hughes
                         Name:       Paul W. Hughes

Save for Filing