# United States Court of Appeals for the Federal Circuit

---

**ASTELLAS PHARMA, INC., ASTELLAS IRELAND CO., LTD., ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,**
*Plaintiffs-Appellants*

**v.**

**SANDOZ INC., ZYDUS PHARMACEUTICALS (USA) INC., ZYDUS LIFESCIENCES LTD., dba Zydus Cadila, LUPIN LTD., LUPIN PHARMACEUTICALS, INC., LEK PHARMACEUTICALS, D.D.,**
*Defendants-Appellees*

**AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, ACTAVIS ELIZABETH LLC, PRINSTON PHARMACEUTICAL INC., ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., HUAHAI US INC., SOLCO HEALTHCARE U.S., LLC, WINDLAS HEALTHCARE PVT. LTD., WINDLAS BIOTECH LTD., TEVA PHARMACEUTICALS USA, INC.,**
*Defendants*

---

2023-2032, 2023-2063, 2023-2089

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:20-cv-01589-JFB-CJB, 1:21-cv-00425-JFB-CJB, 1:21-cv-00664-JFB-CJB, Senior Judge Joseph F. Bataillon.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 18, 2024
Date